**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: WALLACE, DENNIS L.                          §   Case No. 14-83177-TML
                                                   §
                                                   §
Debtor(s)                                          §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
STEPHEN G. BALSLEY_____ , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

U.S. Courthouse
327 South Church Street
Room 1100
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30AM on 06/24/2015 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  06/02/2015          By:  ___/s/ STEPHEN G. BALSLEY_____
                                                        Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: WALLACE, DENNIS L.                   §   Case No. 14-83177-TML
                                            §
                                            §
Debtor(s)                                   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*            $            5,000.00

*and approved disbursements of*                 $               40.00

*leaving a balance on hand of* [1]              $            4,960.00

**Balance on hand:**                            $            4,960.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Resource Bank | 6,000.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $            0.00
Remaining balance:                        $         4,960.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,250.00 | 0.00 | 1,250.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,555.00 | 0.00 | 1,555.00 |

Total to be paid for chapter 7 administration expenses:   $         2,805.00
Remaining balance:                                        $         2,155.00

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $            0.00

Remaining balance:   $       2,155.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $            0.00

Remaining balance:   $       2,155.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,738.35 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Resource Bank | 19,191.82 | 0.00 | 1,546.78 |
| 2 | Fox Valley Credit Union | 5,003.92 | 0.00 | 403.30 |
| 3 | Citibank, N.A. | 1,448.77 | 0.00 | 116.76 |
| 4 | Synchrony Bank | 1,031.19 | 0.00 | 83.11 |
| 5 | American InfoSource LP as agent for | 62.65 | 0.00 | 5.05 |

Total to be paid for timely general unsecured claims:   $       2,155.00

Remaining balance:   $            0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By:  /s/STEPHEN G. BALSLEY

Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                            Case No. 14-83177-TML
Dennis L. Wallace                                                 Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: kkrystave          Page 1 of 1          Date Rcvd: Jun 02, 2015
                             Form ID: pdf006          Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 04, 2015.
db          #+Dennis L. Wallace,   P.O. Box 756,   Hinckley, IL 60520-0756
22931854      American InfoSource LP as agent for,   DIRECTV, LLC,   PO Box 51178,
              Los Angeles, CA  90051-5478
22538722     +Best Buy,   P.O. Box 790445,   Saint Louis, MO 63179-0445
22561931     +Codilis & Associates, P.C.,   C/O Wells Fargo Bank, NA,   15W030 North Frontage Road, Suite 100,
              Burr Ridge, IL 60527-6921
22538723     ++DIRECTV LLC,   ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
              (address filed with court:  Directv,   PO Box 9001069,   Louisville, KY 40290-1069)
22538724     +Exede Internet,   349 Inverness Drive South,   Englewood, CO 80112-5882
22737209     +Fox Valley Credit Union,   575 N Broadway,   Aurora, IL 60505-2660
22538726     +Resource Bank,   555 Bethany Road,   DeKalb, IL 60115-4941
22538728     +Visa,   Fox Valley Credit Union,   575 North Broadway,   Aurora, IL 60505-2660
22561822     +Wells Fargo Bank, N.A.,   c/o Codilis & Associates, P.C.,   15W030 N. Frontage Road, Suite 100,
              Burr Ridge, IL 60527-6921
22538729     +Wells Fargo Home Mortgage,   P.O. Box 14411,   Des Moines, IA 50306-3411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22886860      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 03 2015 02:02:34      Citibank, N.A.,
              c/o American InfoSource LP,   PO Box 248840,   Oklahoma City, OK  73124-8840
22538725     +E-mail/PDF: gecsedi@recoverycorp.com Jun 03 2015 01:44:51      Lowes,   P.O. Box 965046,
              Orlando, FL 32896-5046
22538727     +E-mail/PDF: gecsedi@recoverycorp.com Jun 03 2015 01:45:02      Synchrony Bank,   PO Box 965004,
              Orlando, FL 32896-5004
22928700      E-mail/PDF: gecsedi@recoverycorp.com Jun 03 2015 01:44:50      Synchrony Bank,
              c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
                                                                                          TOTAL: 4


             ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2015                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 2, 2015 at the address(es) listed below:
        Gloria C  Tsotsos    on behalf of Creditor   Wells Fargo Bank, N.A. nd-two@il.cslegal.com
        Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
        Rachael A Stokas    on behalf of Creditor   Wells Fargo Bank, N.A. ND-Two@il.cslegal.com
        Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com,  IL47@ecfcbis.com
        Stephen G Balsley    sbalsley@bslbv.com,  IL47@ecfcbis.com
        William L. Hotopp    on behalf of Debtor Dennis L. Wallace wlhotopp@comcast.net
                                                                          TOTAL: 6